UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY GREENHALGH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 23-cv-02419-JSC<br><br>**PRETRIAL ORDER NO. 1** |

Following the case management conference held on August 31, 2023, the parties are referred to the Court for a mediation to occur within 90 days. The Court will hold a further case management conference on November 30, 2023 at 1:30 p.m. via Zoom video if the case has not resolved. An updated joint case management conference statement is due one week in advance. The Statement should include a proposed summary judgment briefing schedule on the preemption question.

**IT IS SO ORDERED.**

Dated: August 31, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge